**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ALINA BURDA, : No. 271 MAL 2015
:
          Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
STEVEN BURDA, :
:
         Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of June, 2015, the Petition for Allowance of Appeal is

**DENIED**.